IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JIMMY DON YARBROUGH,** §<br>*Petitioner* §<br>§<br>v. §<br>§<br>**WARDEN ROSALEZ,** §<br>*Respondent* § | **1:22-CV-01138-LY-SH** |

## ORDER

Before the Court is Petitioner Jimmy Don Yarbrough's Motion for Relief Under § 2241 U.S.C. Article 28 (Dkt. 1). Petitioner has paid the $5.00 filing fee required to bring such an action. Petitioner challenges the calculation of his sentence.

After consideration of the petition, the Court **ORDERS** the Clerk to serve a copy of the petition (Dkt. 1) on the United States Attorney, by certified mail, return receipt requested. It is **FURTHER ORDERED** that the United States Attorney, on behalf of Respondent, file an answer or other response to the petition within **sixty (60) days** of the date of service of the petition on Respondent. If Petitioner desires to file a reply to Respondent's response, he is **ORDERED** to do so within **thirty (30) days** of the date of service of the response on him.

**SIGNED** on January 5, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE